ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendant
Lead Intelligence, Inc. d/b/a Jornaya

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DDR MEDIA, LLC, a Pennsylvania limited liability company, and LEAD INTELLIGENCE, INC., a Delaware corporation, d/b/a Jornaya,<br><br>Defendants. | Case No. 3:22-cv-3789-SI<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:  Hon. Susan Illston |

Pursuant to Local Rule 6-1(b), Plaintiff Loretta Williams and Defendant Lead Intelligence, Inc., d/b/a Jornaya ("Jornaya"), by and through the undersigned counsel, hereby stipulate and agree to the following proposed modification of the case schedule:

- That the time for Jornaya to answer or otherwise respond to the Complaint (ECF No. 1) be extended to September 19, 2022.
- That the Case Management Conference currently scheduled for October 7, 2022 be continued to a date 30 days after either Jornaya's filing of an answer or an adverse ruling on any motion to dismiss filed by Jornaya.

This is the first extension sought by the parties to this litigation and is sought because Jornaya's counsel has only been recently retained and because of schedule conflicts. By entering into this stipulation, Jornaya does not intend to waive any defense or to consent to the jurisdiction of this Court.

**IT IS SO STIPULATED.**

Dated: July 20, 2022

By: _____/s/ Rebecca Harlow_____
Rebecca Harlow
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant Lead Intelligence, Inc.

By: _____/s/ Steven Woodrow_____
Steven Woodrow
WOODROW PELUSO LLP
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Date: July 20, 2022

By: _____Susan Illston_____
Hon. Susan Illston
U.S. DISTRICT JUDGE

**Attestation re Electronic Signatures**

I, Rebecca Harlow, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 20, 2022          By:      */s/ Rebecca Harlow*
                                            REBECCA HARLOW