1

ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com

2

REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com

3

THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com

4

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building

5

405 Howard Street
San Francisco, CA  94105-2669

6

Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

7

8

Attorneys for Defendant
Lead Intelligence, Inc. d/b/a Jornaya

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

12

13

LORETTA WILLIAMS, individually and on
behalf of all others similarly situated,

14

Plaintiff,

15

v.

16

DDR MEDIA, LLC, a Pennsylvania limited
liability company, and LEAD

17

INTELLIGENCE, INC., a Delaware
corporation, d/b/a Jornaya,

18

Defendants.

19

20

21

22

23

24

25

26

27

28

Case No. 3:22-cv-3789-SI

**STIPULATION PURSUANT TO CIVIL
L.R. 6-1(B) AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE**

Judge:  Hon. Susan Illston

1    Pursuant to Local Rule 6-1(b), Plaintiff Loretta Williams and Defendant Lead Intelligence,

2    Inc., d/b/a Jornaya ("Jornaya"), by and through the undersigned counsel, hereby stipulate and agree

3    to the following proposed modification of the case schedule:

4        • That the time for Jornaya to answer or otherwise respond to the Complaint (ECF

5          No. 1) be extended to October 30, 2022.

6        • That the Case Management Conference currently scheduled for November 4, 2022

7          be continued to a date 30 days after either Jornaya's filing of an answer or an adverse

8          ruling on any motion to dismiss filed by Jornaya.

9    This is the second extension sought by Plaintiff and Jornaya and is sought because

10   Defendant DDR Media LLC has not yet appeared in this litigation and the parties agree that their

11   interests and the interest of judicial efficiency would be served by coordinating the scheduling of

12   the Defendants' responses once DDR Media LLC has appeared.  By entering into this stipulation,

13   Jornaya does not intend to waive any defense or to consent to the jurisdiction of this Court.

14       **IT IS SO STIPULATED.**

15   Dated: September 14, 2022

16                                                    By: _____ */s/ Rebecca Harlow* _____
                                                                    Rebecca Harlow
17                                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                          Attorneys for Defendant Lead Intelligence, Inc.
18

19

20                                                    By: _____ */s/ Patrick Peluso* _____
                                                                    Patrick Peluso
21                                                          WOODROW PELUSO LLP
                                                          Attorneys for Plaintiff
22

23   The time for Jornaya to answer or otherwise respond to the complaint is extended to
     10/30/2022.
24

25   The Initial CMC currently set for 11/4/2022 will remain on calendar.  **IT IS SO ORDERED.**

26   Date:  September 16, 2022          By: _____
                                                        Hon. Susan Illston
27                                                      U.S. DISTRICT JUDGE

28

                                                                    STIPULATION AND [PROPOSED] ORDER
                                              - 2 -                  TO MODIFY CASE SCHEDULE
                                                                    3:22-CV-3789-SI

1

**Attestation re Electronic Signatures**

2       I, Rebecca Harlow, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other

3   signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents

4   and have authorized this filing.  I declare under penalty of perjury under the laws of the United

5   States of America that the foregoing is true and correct.

6

Dated: September 14, 2022                    By:          */s/ Rebecca Harlow*
7                                                          REBECCA HARLOW

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                                TO MODIFY CASE SCHEDULE
                                                3:22-cv-3789-SI