1  ARAVIND SWAMINATHAN (*admitted pro hac vice*)
   aswaminathan@orrick.com
2  REBECCA HARLOW (STATE BAR NO. 281931)
   rharlow@orrick.com
3  THOMAS FU (STATE BAR NO. 325209)
   tfu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     +1 415 773 5700
   Facsimile:      +1 415 773 5759
7
   Attorneys for Defendant
8  Lead Intelligence, Inc. d/b/a Jornaya

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   | LORETTA WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-3789-SI |
   |---|---|
   | Plaintiff, | **STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |
   | v. | Judge:  Hon. Susan Illston |
   | DDR MEDIA, LLC, a Pennsylvania limited liability company, and LEAD INTELLIGENCE, INC., a Delaware corporation, d/b/a Jornaya, | |
   | Defendants. | |

Pursuant to Local Rule 6-1(b), Plaintiff Loretta Williams and Defendant Lead Intelligence, Inc., d/b/a Jornaya ("Jornaya"), by and through the undersigned counsel, hereby stipulate and agree to the following proposed modification of the case schedule:

- That the time for Jornaya to answer or otherwise respond to the Complaint (ECF No. 1) be extended to November 21, 2022.
- That the Case Management Conference currently scheduled for November 4, 2022 be continued to ~~a date after either Defendants' filing of answers or an adverse ruling on any motion to dismiss filed by Defendant(s)~~ **January 13, 2023 at 2:30 p.m.**

This is the third extension sought by Plaintiff and Jornaya and is sought because Defendant DDR Media LLC only recently waived service in this litigation and now has a deadline to respond to the Complaint of November 21, 2022. The parties agree that their interests and the interest of judicial efficiency would be served by aligning the deadlines for filing of Defendants' responses. By entering into this stipulation, Jornaya does not intend to waive any defense or to consent to the jurisdiction of this Court.

**IT IS SO STIPULATED.**

Dated: September 30, 2022

By: _____/s/ Rebecca Harlow_____
Rebecca Harlow
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant Lead Intelligence, Inc.

By: _____/s/ Patrick Peluso_____
Patrick Peluso
WOODROW PELUSO LLP
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Date: October 3, 2022

By: ___/s/ Susan Illston___
Hon. Susan Illston
U.S. DISTRICT JUDGE

- 2 -

STIPULATION AND ~~[PROPOSED]~~ ORDER
TO MODIFY CASE SCHEDULE
3:22-cv-3789-SI

**Attestation re Electronic Signatures**

I, Rebecca Harlow, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 30, 2022          By:     */s/ Rebecca Harlow*
                                                                                REBECCA HARLOW