ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

Attorneys for Defendant
Lead Intelligence, Inc. d/b/a Jornaya

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DDR MEDIA, LLC, a Pennsylvania limited liability company, and LEAD INTELLIGENCE, INC., a Delaware corporation, d/b/a Jornaya,<br><br>Defendants. | Case No. 3:22-cv-3789-SI<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(B) AND ORDER *AS MODIFIED BY THE COURT* TO MODIFY CASE SCHEDULE**<br><br>Judge:  Hon. Susan Illston |

1    Pursuant to Local Rule 6-1(b), Plaintiff Loretta Williams and Defendants DDR Media, LLC
2  ("DDR") and Lead Intelligence, Inc., d/b/a Jornaya ("Jornaya"), by and through the undersigned
3  counsel, hereby stipulate and agree to the following proposed modification of the case schedule:
4    WHEREAS, the Complaint was served on Jornaya on June 30, 2022 and DDR waived
5  service on September 22, 2022;
6    WHEREAS, the current deadline for Defendants to answer or otherwise respond to the
7  Complaint is November 21, 2022;
8    WHEREAS, Defendants intend to file a motion to compel arbitration; and
9    WHEREAS, the parties have met and conferred regarding a briefing schedule;
10   The parties hereby stipulate to the following:
11      • Defendants' motion(s) to compel arbitration shall be due December 15, 2022.
12      • Plaintiff's opposition to Defendants' motion(s) shall be due January 14, 2023.
13      • Defendants' reply(ies) shall be due January 29, 2023.
14      • Defendants' deadline to answer or otherwise respond to the Complaint shall be
15        continued to a date thirty (30) days after any denial by the Court of the motion(s) to
16        compel arbitration.
17   The parties have sought three prior extensions to the deadline to answer or otherwise
18  respond because they determined that it would serve their interests and the interest of judicial
19  efficiency to align the schedules for all parties.  By entering into this stipulation, Jornaya does not
20  intend to waive any defense or to consent to the jurisdiction of this Court.

21
22
23
24
25
26
27
28

STIPULATION AND [~~PROPOSED~~] ORDER
TO MODIFY CASE SCHEDULE
3:22-cv-3789-SI

1

**IT IS SO STIPULATED.**

2

3    Dated: November 17, 2022

4                                                        By: _____ */s/ Rebecca Harlow*

5                                                                Rebecca Harlow
                                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
6                                                        Attorneys for Defendant Lead Intelligence, Inc.

7                                                        By: _____ */s/ Joseph O'Keefe*

8                                                                Joseph O'Keefe
                                                        MCLEOD BRUNGER PLLC
9                                                        Attorneys for Defendant DDR Media LLC

                                                        By: _____ */s/ Patrick Peluso*
10                                                               Patrick Peluso
                                                        WOODROW PELUSO LLP
11                                                       Attorneys for Plaintiff

12

13            The Motion shall be filed 12/15/2022, oppositions due 1/13/2023, replies due 1/27/2023.

14   The hearing will be set for 2/17/2023 at 10 a.m. via Zoom webinar.

15   **IT IS SO ORDERED.**

16

17   Date:  November 18, 2022                    By: _____

18                                                               Hon. Susan Illston
                                                        U.S. DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

1

**Attestation re Electronic Signatures**

2

I, Rebecca Harlow, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other

3

signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents

4

and have authorized this filing.  I declare under penalty of perjury under the laws of the United

5

States of America that the foregoing is true and correct.

6

Dated: November 17, 2022                    By: _____

7

                                                                              */s/ Rebecca Harlow*
                                                                              REBECCA HARLOW

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE
3:22-cv-3789-SI