ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendant
Lead Intelligence, Inc. d/b/a Jornaya

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DDR MEDIA, LLC, a Pennsylvania limited liability company, and LEAD INTELLIGENCE, INC., a Delaware corporation, d/b/a Jornaya,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-03789-SI<br><br>**DECLARATION OF ARAVIND SWAMINATHAN IN SUPPORT OF DEFENDANTS DDR MEDIA'S AND JORNAYA'S MOTION TO COMPEL ABRITRATION**<br><br>Date:   February 17, 2023<br>Time:   10:00 a.m.<br><br>Judge:  Hon. Susan Illston |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

DECLARATION OF ARAVIND SWAMINATHAN IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
CASE NO. 3:22-CV-03789

I, Aravind Swaminathan, declare as follows:

1.  I am a partner with the law firm Orrick, Herrington & Sutcliffe LLP, counsel for Defendant Lead Intelligence, Inc. d/b/a Jornaya. I make this declaration in support of Defendants DDR Media's and Jornaya's Motion to Compel Arbitration. I have personal knowledge of the facts stated herein and, if called as a witness, would competently testify thereto.

2.  Attached as **Exhibit 1** is a true and correct copy of the snappyrent2own website, available at https://snappyrent2own.com.

3.  Attached as **Exhibit 2** is a true and correct copy of the snappyrent2own Terms and Conditions, available at https://snappyrent2own.com/terms.php.

4.  Attached as **Exhibit 3** is a true and correct copy of the snappyrent2own Privacy Policy, available at https://snappyrent2own.com/privacy.php.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 15, 2022 in Seattle, Washington.

*/s/ Aravind Swaminathan*
ARAVIND SWAMINATHAN
