

## Our Partners Feature **Thousands of Properties**


Dallas, TX


Cincinnati, OH


Tulsa, OK


Kansas City, MO

*Image for illustrative purpose only

**Get Started Today**

# Looking to buy a house? Let us do the heavy lifting.

We'll guide you through the whole process of your real estate transaction.

**Get Started Today**

By submitting this form, I agree that Snappy Rent 2 Own, including its partners/affiliates, may contact me regarding its programs and offers via email or telephone using automated technology to any wireless number I provide in order to provide me with important information and exclusive offers.

Terms And Conditions | Privacy Policy

© Copyright - 2021 Snappy Rent 2 Own. All Rights Reserved.

This site is not part of the Facebook website or Facebook Inc.
Additionally, this site is NOT endorsed by Facebook in any way.
FACEBOOK is a trademark of FACEBOOK, Inc.