

# Our Privacy Commitment

SnappyRent2Own.com (the "Company"), a leading marketing company, owns and operates this website (the "Site"). We respect your privacy. This Privacy Policy identifies and describes the way the Company handles and protects the information processed by us on behalf of our clients who use our lead generation and online marketing services.

Company's Privacy Policy applies to its websites that link to this Policy. By using this Site you are accepting the practices described in this Privacy Policy and you agree to adhere to the Terms and Conditions posted on the Site. Our privacy commitments are fundamental to the way we do business every day. If you do not agree with any terms, please do not use this Site or submit any personal information.

This policy is effective as of Jan 01, 2020. If you have any questions regarding this Privacy Policy, you may email us at info@SnappyRent2Own.com.

Information We Collect

Personally Identifiable Information

Personally identifiable information ("PII") may includes your full name, address, telephone number, and email address that you submit on this Site. You may submit PII to the Site in one of the following (non-exhaustive) ways:

(a) Contact Us

If you email us through Contact Us link on this Site or from an email, we ask you to add information such as your name and email address in order to respond to your questions and concerns. We will use this information to respond to your inquiry, unless you authorize additional use of your information.

(b) Subscriber Information

We collect personally identifiable information about our Subscribers, [1] based on: information gathered at the time of registration, Subscriber interaction and response to subsequent electronic mailings and web site use, information provided by our Clients, and information appended from data aggregators. Information collected may include name, email address, postal address, gender, birth date, telephone number, cell phone number,

activities, interests, user behavior, and other demographic information. This information enables us to better tailor our content to Subscribers' needs and to help our Clients promote and sell their products and services. The only information that is collected is the information identified in this Privacy Policy.

Non-Personally Identifiable Information

When you visit this Site, we also collect certain aggregate and non-personally identifiable information ("Non-PII"), as described below. This information does not relate to a single identifiable visitor instead it assists us in tracking user traffic on this Site and what pages were accessed.

Web Beacons

Pages on our Site may contain "web beacons" (also known as Internet tags, pixel tags and clear GIFs). Web beacons allow third parties to obtain information such as the IP address of the computer that downloaded the page on which the beacon appears, the URL of the page on which the beacon appears, the time the page containing the beacon was viewed, the type of browser used to view the page, and the information in cookies set by the third party. We use log files to store the data that is collected through web beacons.

Cookie Information

A cookie is a small amount of data, which often includes an anonymous unique identifier that is sent to your browser from a web site's computer and stored on your computer's hard drive. Cookies record information about your online preferences. Cookies let us know about repeat visitors and if we are delivering quality products and services to our Clients. We may also use cookies to identify which sites our repeat visitors are coming from, so that we can place more of our online advertising on these sites, and can, where necessary, pay our affiliates and other business partners. Each web site can send its own cookie to your browser if your browser's preferences allow it, but (to protect your privacy) your browser only permits a web site to access the cookies it has already sent to you, not the cookies sent to you by other sites. Many sites do this whenever a user visits their website in order to track online traffic flows.

You can set your browser to accept all cookies, to notify you when a cookie is issued, or not to receive cookies at any time. Each browser is different, so check the "Help" menu of your browser to learn how to change your cookie preferences. For further information on cookies please visit http://www.aboutcookies.org.

User Profiles

The Company may aggregate PII, Non-PII, Log File information, Web Beacon Information, and Cookie Information in order to create a profile of a user or users of the Site. We also share this information with the company 'Rent to Own Services'.

Children's Privacy

This Site is not directed to children under the age of eighteen and we do not knowingly collect personal information from children under the age of eighteen on this Site. If we become aware that we have inadvertently received personal information from a visitor under the age of eighteen on this Site, we will delete the information from our records.

Use of Information

By registering on this Site, you may receive telemarketing calls in response to your inquiry. If you provide your information, you express your consent to receive calls, emails or text messages from Company at the phone number provided, regarding Company's products or services.

The Company may use any PII, Non-PII, Log File information, Web Beacon Information, Cookie Information, and/or User Profiles (collectively, "User Information"), submitted by you, for any legally permissible purpose in Company's sole discretion.

Your email will only be shared with our preferred mailing partner for the purpose of sending third party promotional email communications.

Company may use User Information to contact you in response to an inquiry, to provide services requested by you, to alert you to changes in services or features, to provide you with requested information regarding Company or its services, and to provide you with Company's (or its affiliates') marketing materials.

The Company may use Cookie Information (1) to match a user's Cookie Information to Survey Information, (2) to track an individual's web browsing habits, (3) to determine which areas of our sites are most frequently visited. This information helps the Company to better understand the online habits of users so that the Company can attempt to customize and target advertising and promotions to users.

Company may also sell, rent, license or lease User Information collected on this site to third party marketers.

Company may also share User Information, including PII, collected in the following circumstances: (1) upon receipt of a properly authorized and authenticated governmental request for information; (2) in response to a subpoena or a court order; (3) to comply with relevant laws; (4) in response to an investigation of fraud regarding a specific costumer; or (5) in an effort to safeguard the person or property of a Company employee or a third party.

You may have your telephone number or cell mobile phone number listed on a state or federal do not call registry. By registering and using this Web Site, You are waiving your rights and privileges under these laws and expressly giving permission of Company and any agent of Company the right to contact you by telephone or cell phone, and you agree that such act constitutes an inquiry and/or application for purposes of the Amended Telemarketing Sales Rule (16 CFR § 310 et seq.), as amended from time to time (the "Rule"). You are agreeing to have a relationship with the company or companies.

Finally, Company may, in the future, decide to sell, merge or otherwise reorganize its business. Company reserves the right to transfer and disclose all User Information, including PII, in this circumstance, but data collected by Company will be governed by the same privacy policy that existed prior to any change in business conditions unless you consent to the new privacy policy.

Please see the opt-out procedures below if you do not want us to share your information with other companies or organizations.

Opt-Out Policy

You may exercise your option to not receive any future communications from us by contacting us at info@SnappyRent2Own.com Subscribers should note that unsubscribing

from this Site's electronic mailings will not automatically unsubscribe you from any communications you have elected to receive from our partners or other third parties. Please note that you may still receive information from third parties to whom we have disclosed your information to prior to the time you opted-out. You should contact each third party in the event that you no longer want to receive information from such party.

You may request by telephone or in writing that Company stop calling you and place your name on our company-specific Do Not Call list. To be added to our Do Not Call list contact us at:

SnappyRent2Own.com
2213 Forest Hills Drive, Suite 3, Harrisburg, PA 17112, United States

Global Data Processing and Safe Harbor Principles

The information that we collect from you may be transferred to, stored at and processed at a destination outside of the U.S. By submitting your personal information, you agree to this transfer, storage and processing. Where the privacy laws of these countries are not as comprehensive as those in the US, we will take steps to ensure that your privacy rights are respected.

In order to bridge the different privacy approaches between the U.S. and the European Union, the U.S. Department of Commerce, in consultation with the European Commission, developed a "Safe Harbor" framework. We adhere to the Safe Harbor framework, which includes the privacy principles of Notice, Choice, Onward Transfer, Access and Accuracy, Security, and Oversight/Enforcement. We are currently seeking participation in the Safe Harbor program. To learn more about the Safe Harbor, click here.

Privacy Complaints

If you believe that we have not complied with this Privacy Policy, please contact us at:

SnappyRent2Own.com
2213 Forest Hills Drive, Suite 3, Harrisburg, PA 17112, United States
You may also email us at info@SnappyRent2Own.com
and explain thoroughly where Privacy Policy lacked compliance. We will investigate your complaint promptly.

How to Access or Modify Your Information

We strive to keep all personal information accurate and complete. You are always fully in control of the information that we maintain to service you. You can change your personal information at any time and as often as necessary. You can also request that information be deleted. Information may be withheld or exempted from deletion if this is required by law or is part of a fraud investigation, or as otherwise as described above in the Use of Information section.

You may access and modify your personal information by writing to us at:

SnappyRent2Own.com
2213 Forest Hills Drive, Suite 3, Harrisburg, PA 17112, United States

Special Notification for California Residents

Individuals who reside in California and have provided their personal information may

request information regarding disclosures of this information to third parties for direct marketing purposes. Such requests must be submitted to us at the following mailing address:

SnappyRent2Own.com
2213 Forest Hills Drive, Suite 3, Harrisburg, PA 17112, United States
This request may be made no more than once per calendar year. We reserve our right not to respond to requests submitted other than to the address specified above.

Links to Other Sites

We provide links to other Web sites for your convenience and information. These sites may have their own privacy statements in place, which we recommend you review when you visit any linked Web sites. We are not responsible for the content of linked sites or any use of such sites.

Security

To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, we have put in place physical, electronic, and managerial procedures to safeguard and secure the information we collect online. Although we take precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure.

Changes to This Privacy Policy

If we change this Privacy Policy, updates will be posted in this privacy statement and other places we deem appropriate. Information will be used in accordance with the privacy policy under which the information was collected. If users' personally identifiable information will be used in a manner different from that stated at the time of collection, we will notify users via email. Users will have a choice as to whether or not we use their information in this different manner.

[1] You are a subscriber if you choose to complete an online survey and/or register for a service, offer or promotion at this Site.

[2] Log files include internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, platform type, date/time stamp, and number of clicks to analyze trends, administer the site, track user's movement in the aggregate, and gather broad demographic information for aggregate use.

Last modified: January 1, 2017