**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** March 31, 2023 | **Time:** 10:32 – 10:42<br>10 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 22-cv-03789-SI | **Case Name:** Williams v. DDR Media, LLC | |

**Attorney for Plaintiff:** Taylor Smith
**Attorney for Defendant:** Rebecca Harlow (Jornaya), Josephe O'Keefe (DDR dba Royal Marketing)

**Deputy Clerk:** Esther Chung          **Court Reporter:** Pamela Hebel

## PROCEEDINGS

Initial Case Management Conference – Held via Zoom webinar.

## SUMMARY

Pretrial scheduling through Class Certification was set. A Pretrial Preparation Order will be issued.

## ADR REFERRAL:

Case is referred to Private Mediation per parties' request.
The parties are to email sicrd@cand.uscourts.gov by 4/21/2023 of the name of the Private Mediator and the date of the mediation. The deadline to complete mediation is August 2023.

CASE CONTINUED:  6/30/2023 at 3:00 PM for Further Case Management Conference  via Zoom.
Joint Case Management Statement:  6/23/2023.