UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>DDR MEDIA, LLC, et al.,<br><br>Defendants. | Case No.  22-cv-03789-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Referred to Private Mediation.

FURTHER CASE MANAGEMENT: 6/30/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  7/29/2023

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 11/30/2023.

DESIGNATION OF EXPERTS: (Plaintiff) - 12/8/2023; (Defendant) – 12/18/2023; REBUTTAL: 1/12/2024;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 1/31/2024.

CLASS CERTIFICATION MOTION **SHALL** be filed by; 2/9/2024;
    Opp. Due: 3/1/2024; Reply Due: 3/15/2024;
    and set for hearing no later than 3/29/2024 at 10:00 AM.

    **IT IS SO ORDERED**.

Dated: March 31, 2023

_____
Susan Illston

SUSAN ILLSTON
United States District Judge