ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorneys for Defendant
Lead Intelligence, Inc. d/b/a Jornaya

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORETTA WILLIAMS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DDR MEDIA, LLC, a Pennsylvania limited liability company, d/b/a ROYAL MARKETING GROUP, and LEAD INTELLIGENCE, INC., a Delaware corporation, d/b/a Jornaya,

Defendants.

Case No. 3:22-cv-03789-SI

**DEFENDANT JORNAYA'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Date: June 2, 2023
Time: 10:00 a.m.

Judge: Hon. Susan Illston

Defendant Lead Intelligence Inc. d/b/a Jornaya ("Jornaya") respectfully submits, as supplemental authority pertinent to its Motion to Dismiss (ECF No. 48), the recent decision in *Garcia v. Build.com, Inc.*, 2023 WL 4535531 (S.D. Cal. July 13, 2023), attached as Exhibit A.

Consistent with Jornaya's Motion, *Garcia* holds that an "allegation … that Defendant employs a third-party software service as a tool to record its own data" fails as a matter of law to state a claim under Cal. Penal Code § 631. *Id.* at *5 (citing *Graham v. Noom*, 533 F. Supp. 3d 823, 832 (N.D. Cal. 2021)). That is because "[i]n cases where courts have found software companies to be third-party eavesdroppers," the complaints alleged that "those third parties had mined information from other websites and used that information for their own purposes." *Id.* (collecting cases). By contrast, in cases like this, where "Plaintiff does not allege that the third party 'intercepted and used the data itself,'" courts hold that the complaint fails to state a claim for a violation of Cal. Penal Code § 631. *Id.* (quoting *Williams v. What If Holdings, LLC*, 2022 WL 17869275, at *3 (N.D. Cal. 2022)).

DATED: August 7, 2023

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Aravind Swaminathan*
ARAVIND SWAMINATHAN
Attorneys for Defendant, LEAD INTELLIGENCE, INC. D/B/A JORNAYA