ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

Attorneys for Defendant
Lead Intelligence, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Loretta Williams,** individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>v.<br><br>**DDR Media, LLC**, and **Lead Intelligence, Inc.**<br><br>                       Defendants. | Case No. 3:22-cv-03789-SI<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE**<br><br>Judge: Hon. Susan Illston |

4161-0262-9193.3

1   Plaintiff Loretta Williams ("Plaintiff" or "Williams") and Defendants DDR Media, LLC

2   ("DDR Media") and Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya," and collectively with DDR,

3   "Defendants") hereby stipulate as follows:

4   WHEREAS, Royal Marketing filed a motion to dismiss on April 12, 2023;

5   WHEREAS, Jornaya filed a motion to dismiss on April 13, 2023;

6   WHEREAS, the Court granted the motions to dismiss on August 18, 2023, giving Plaintiff

7   leave to amend; and

8   WHEREAS, Plaintiff filed a Second Amended Class Action Complaint on September 20,

9   2023;

10   NOW THEREFORE, the Parties jointly seek the approval of the Court to extend the

11   schedule for Defendants to respond to the Second Amended Class Action Complaint as follows:

12   1.   Defendants shall have until November 3, 2023 to answer or otherwise respond to the

13   Second Amended Class Action Complaint;

14   2.   If Defendants file motions to dismiss the Second Amended Class Action Complaint,

15   Plaintiff shall have until December 3, 2023 to respond to the motion; and

16   3.   Defendants shall have until December 18, 2023 to file a reply in support of any

17   motion to dismiss the Second Amended Class Action Complaint.

18

19   **IT IS SO STIPULATED.**

20

21   Respectfully submitted,

22   Dated: October 3, 2023          **LORETTA WILLIAMS**, individually and on
                                      behalf of all others similarly situated,
23

24   By: */s/ Patrick H. Peluso*

25   Rebecca Davis (SBN 271662)
     rebecca@lozeaudrury.com
26   **LOZEAU DRURY LLP**

27

28   4161-0262-9193.3

1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow (admitted *pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (admitted *pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Counsel for Plaintiffs*

Dated: October 3, 2023

**LEAD INTELLIGENCE, INC. D/B/A JORNAYA**

By: */s/ Rebecca Harlow*

Aravind Swaminathan
Orrick, Herrington & Sutcliffe
701 5th Avenue, Suite 5600
Seattle, WA 98104
(206) 839-4300
Fax: (206) 839-4301
Email: aswaminathan@orrick.com

Rebecca Harlow
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 415-773-5598
Email: rharlow@orrick.com

*Counsel for Jornaya*

4161-0262-9193.3

Dated: October 3, 2023

**DDR MEDIA, LLC d/b/a Royal Marketing Group**

By: */s/ Joseph A. O'Keefe*

Joseph A. O'Keefe
Baker Law Group
8301 E. Prentice Ave. Ste. 405
Greenwood Village, CO 80111
Phone: (303) 862-4564
Fax: (970) 704-5741
joseph@jbakerlawgroup.com

*Counsel for Defendant DDR Media*
*d/b/a Royal Marketing Group*

Any Motion to Dismiss the Second Amended Class Action Complaint Hearing will be noticed for January 12, 2024 at 10 a.m.

The Initial Case Management Conference is continued to February 9, 2024.

**IT IS SO ORDERED.**

Date:  October 4, 2023

By: _____
Hon. Susan Illston
U.S. DISTRICT JUDGE

4161-0262-9193.3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix his or her electronic signature to this document.

By: */s/ Rebecca Harlow*
Rebecca Harlow

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on October 3, 2023.

*/s/ Rebecca Harlow*

Rebecca Harlow

4161-0262-9193.3