# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Loretta Williams,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DDR Media, LLC**, and **Lead Intelligence, Inc.**<br><br>Defendants. | Case No. 3:22-cv-03789-SI<br><br>[PROPOSED] ORDER GRANTING STIPULATION REGARDING TARGETED DISCOVERY SCHEDULE<br><br>Judge: Hon. Susan Illston |

The Stipulation Regarding Targeted Discovery Schedule is GRANTED. The Court hereby enters the following discovery and briefing schedule:

| Date | Deadline |
|---|---|
| April 5, 2024 | Discovery open |
| April 18, 2024 | Deadline to serve discovery requests and deposition notice |
| April 30, 2024 | Deadline to respond to written discovery |
| May 14, 2024 | Substantial completion of document production |

| Date | Deadline |
|---|---|
| June 4, 2024 | Close of fact discovery |
| June 18, 2024 | Opening expert disclosures (including report) |
| July 2, 2024 | Rebuttal expert disclosures (including report) |
| July 12, 2024 | Close of expert discovery |
| July 19, 2024 | Opening brief for Motion for Summary Judgment |
| August 9, 2024 | Summary Judgment Opposition brief |
| August 23, 2024 | Summary Judgment Reply brief |
| September 13, 2024 | Summary Judgment Hearing |

IT IS SO ORDERED.

Dated: April 19, 2024

_____
Hon. Susan Illston
U.S. District Judge