UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA WILLIAMS,<br><br>           Plaintiff,<br><br>   v.<br><br>DDR MEDIA, LLC, et al.,<br><br>           Defendants. | Case No. 22-cv-03789-SI<br><br>**JUDGMENT** |

The Court has granted summary judgment in favor of defendants. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 20, 2024

SUSAN ILLSTON
United States District Judge